AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

ROSITA ROSSY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: S2 22 CR 550-02 (NSR)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.



Signature of Judge

Nelson S. Román     U.S.D.J.
Name of Judge      Title of Judge

5/13/2025
Date



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2025